UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number 08-21419-CIV-JORDAN/MCALILEY

TRIPLECHECK, INC.
d/b/a SEA TOW MIAMI,

    Plaintiff,

vs.

M/V THE SUMMER WIND, Official No:
905819, her engines, tackle, appurtenances,
Furniture, gear and all other necessaries
Thereto and belonging, in rem,
SUMMER WIND YACHT CHARTERS INC.
A Florida Corporation, in personam,
THE BANK OF BLOOMFIELD HILLS,
THE PRIVATE BANK and CULLAN F. MEATHE,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE having come before the Court upon the above Stipulation and Joint Motion for Dismissal, and it appearing to the Court that the subject cause has been amicably settled, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that this cause be, and the same is, hereby dismissed With Prejudice, each party to bear its own costs and attorneys' fees.

*This case is closed.*

DONE AND ORDERED in Chambers at Miami Dade County, Florida, this 24th day of July, 2008.

                                      _____
                                      District Court Judge

cc: Robert W. Blanck, Esquire
cc: John H. Thomas, Esquire
cc: Michael J. McHale, Esquire